July 10, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

AGAR CORPORATION, INC., Appellant

NO. 14-14-00229-CV                  V.

ELECTRO CIRCUITS INTERNATIONAL, LLC AND SURESH PARIKH,
Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the order signed by the court below on December 20, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED** without prejudice.

We further order that all costs incurred by reason of this appeal be paid by appellant, AGAR Corporation, Inc.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.